UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE STOP & SHOP SUPERMARKET COMPANY LLC, | ) ) ) ) | Civil Action No.09-12069 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | COMPLAINT (INTERPLEADER) |
| THE UNITED STATES OF AMERICA, THE COMMONWEALTH OF MASSACHUSETTS and SOUTHEAST FLOORING, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

PARTIES

1.  The plaintiff, The Stop & Shop Supermarket Company LLC ("Stop & Shop"), is a limited liability company organized under the laws of the Delaware and has a usual place of business at 1385 Hancock Street, Quincy, Massachusetts.

2.  The United States of America is named as a party defendant, pursuant to 28 U.S.C. §2410 acting through its instrumentality, the Internal Revenue Service (the "IRS"), which maintains an office at 15 New Sudbury Street, Boston Massachusetts 02223.

3.  The Commonwealth of Massachusetts is named as a party defendant through its instrumentality, the Department of Revenue (the "DOR"), which maintains an office at 100 Cambridge Street, Boston Massachusetts 02114. .

4.  Southeast Flooring, Inc., ("Southeast") is named as a party defendant and is, upon information and belief, a Massachusetts corporation with a usual place of business at 31 Mill Street, Assonet Massachusetts 02702.

## JURISDICTION AND VENUE

5.  Jurisdiction lies in this Court under 28 U.S.C. § 1331, § 1340 and § 2410 and Fed. R. Civ. P. 22.  Venue in this Court is proper under 28 U.S.C. § 1397, inasmuch as one or more of the claimants to the fund in interpleader reside in this judicial district.

6.  Southeast performed certain services and labor on behalf of Stop & Shop.  Stop & Shop is holding the sum of $18,833.22  (the "Funds") for payment to Southeast.

7.  Stop & Shop believes that the defendants are all of the entities having an interest in the Funds.

8.  The IRS is claiming an interest in the Funds by virtue of Notice of Levy dated September 9, 2009, a true copy of which is attached as Exhibit A.

9.  The DOR is claiming an interest in the Funds by virtue of a Notice of Levy dated October 21, 2009, levy number 0450 1004 3730, a true copy of which is attached as Exhibit B.

10. The total amount of the IRS and DOR and Bank claims exceeds the Funds.

WHEREFORE, pursuant to Fed. R. Civ. P. 22, the Plaintiff prays:

1.  That the Court determine the rights of the Defendants to the Funds;

2.  That this action be discontinued as to Stop & Shop, it being merely a stakeholder and having no interest in the Funds, except as set forth in paragraph 3, below;

3.  That the Stop & Shop be allowed its costs, expenses and attorneys' fees in this action from the Funds; and

4.  For whatever additional relief is just.

THE STOP & SHOP SUPERMARKET COMPANY LLC

By its attorneys,

/s/ John C. La Liberte
John C. La Liberte (BBO#556046)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000
Email: jclaliberte@sherin.com

Dated: December 3, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 3, 2009.

/s/ John C. La Liberte